UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

        - v. -                   :    21 Cr.

LUKA KLASINC,                    :    **21 CRIM 443**

        Defendant.               :

- - - - - - - - - - - - - - - x

## COUNT ONE
## (Bank Fraud)

The Grand Jury charges:

1. From at least in or about October 2020, up to and including at least in or about June 2021, in the Southern District of New York and elsewhere, LUKA KLASINC, the defendant, willfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, KLASINC presented false documentation to a financial institution in an attempt to secure the release of frozen funds to which he was not entitled.

(Title 18, United States Code, Sections 1344 and 2.)

**COUNT TWO**
**(Aggravated Identity Theft)**

The Grand Jury further charges:

2. On or about October 5, 2020, in the Southern District of New York and elsewhere, LUKA KLASINC, the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, KLASINC submitted a falsified document purporting to be a letter from the U.S. Small Business Administration, bearing the name and signature of specific real individual, during and in relation to the bank fraud offense charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2)

**FORFEITURE ALLEGATION**

3. As a result of committing the offense alleged in Count One of this Indictment, LUKA KLASINC, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

2

## Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 982;
    Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
AUDREY STRAUSS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**LUKA KLASINC,**

Defendant.

---

INDICTMENT

21 Cr.

(18 U.S.C. §§ 1344, 1028A(a)(1), and 2.)

AUDREY STRAUSS
United States Attorney

*[signature]*
Foreperson

---

7/6/21 FILED INDICTMENT ASSIGNED to HELLERSTEIN

COTT, USMJ