UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                             )

UNITED STATES OF AMERICA,                )

          -against-                  )        **NOTICE OF APPEARANCE**

                                               )        **21-CR-443 (AKH)**

LUKA KLASINC,                             )

                    Defendant.        )
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT** Jason Goldman, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, appear on behalf of defendant LUKA KLASINC in the above-captioned case.

Dated:        New York, New York
                July 7, 2021

      */s/ JG*
**JASON GOLDMAN, ESQ. (JG9404)**
LAW OFFICES OF JEFFREY LICHTMAN
11 EAST 44th STREET, SUITE 501
NEW YORK, NEW YORK 10017
Ph: (212) 581-1001
Fx: (212) 581-4999
E: jg@jeffreylichtman.com