UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATE OF AMERICA,                   :
                                           :
                                           :     **SCHEDULING ORDER**
           -against-                       :
                                           :     21 Cr. 443 (AKH)
LUKA KLASINC,                              :
                                           :
                              *Defendant*. :
                                           :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The pre-trial conference previously scheduled for September 23, 2021 is hereby adjourned and time is excluded until October 7, 2021.

      The parties are hereby ordered to appear for a pre-trial conference on October 7, 2021, at 12:30 p.m., which will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than September 29, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    September 17, 2021                    _____/s/ Alvin K. Hellerstein_____
             New York, New York                  ALVIN K. HELLERSTEIN
                                                      United States District Judge