UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :    **SCHEDULING ORDER**
          -against-                                              :
                                                                 :    20 Cr. 443 (AKH)
LUKA KLASINC,                                                    :
                                                                 :
                                                     *Defendant.*:
                                                                 :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The pre-trial conference previously scheduled for October 7, 2021 is hereby adjourned.

       The parties are hereby ordered to appear for a pre-trial conference on October 12, 2021 at 12:00 p.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       Time is excluded until October 12, 2021; in the interest of justice.

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than October 4, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    September 21, 2021                  /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                             United States District Judge