UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                     :
: **ORDER REGULATING**
: **PROCEEDINGS**
-against-                                     :
: 21 Cr. 443 (AKH)
LUKA KLASINC,                                 :
:
                              Defendant.      :
:
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant, by letter motion submitted September 22, 2021, filed a motion appealing Magistrate Judge Kevin N. Fox's June 8, 2021 detention order (ECF 20).  The following deadlines will apply in resolving the motion:

       The government will file any opposition by October 6, 2021 at 5:00 p.m.

       In conjunction with the previously scheduled pre-trial conference on October 12, 2021 at 12:00 p.m., I will hold a bail hearing.  which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than October 8, 2021, at 5:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: September 23, 2021          /s/ Alvin K. Hellerstein
New York, New York          ALVIN K. HELLERSTEIN
        United States District Judge