UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
UNITED STATES OF AMERICA           :     **SCHEDULING ORDER**
:
:     21 Cr. 443 (AKH)
-against-                          :
:
:
:
LUKA KLASINC,                      :
:
                    Defendant.     :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference scheduled for October 14, 2021 at 10:00 a.m. is hereby rescheduled for October 14, 2021 at 9:00 a.m.  The conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        SO ORDERED.

Dated:    October 4, 2021                   /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                                  United States District Judge