LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

October 19, 2021

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Luka Klasinc*, **21-CR-443 (AKH)**

Dear Judge Hellerstein:

  I am writing on behalf of defendant Luka Klasinc to respond to the Court's requests during the October 14, 2021 bail hearing.

  *First*, Mr. Klasinc's family has applied for two apartments on his behalf, both located within the Southern District of New York in the Bronx. One apartment is located at 224 East 135th Street in "The Arches" building, while the other apartment is located at 101 Bruckner Boulevard in the "101 Bruckner Blvd" building. Whichever apartment is ultimately leased will be paid for by Mr. Klasinc's family members Vesna Klasinc, Jake Klasinc, and Katarina Klasinc; in addition, the defendant's friend Miran Kovse, will also be contributing to Mr. Klasinc's rent. Simultaneous with this submission, we have sent the apartment leases to the government and to pretrial services for their approval.

  *Second*, as noted in his enclosed October 14, 2021 affidavit, Robert Knox has confirmed that he is aware of the bail conditions being placed on Mr. Klasinc as well as his financial obligations should the defendant violate any of those conditions. *See* October 14, 2021 Affidavit of Robert Knox, attached as Exhibit A.

**JEFFREY LICHTMAN**

Hon. Alvin K. Hellerstein
United States District Judge
October 19, 2021
Page 2

      For these reasons and those presented in our previous bail submissions, Mr. Klasinc should be granted pretrial release with conditions. We respectfully request another conference at the Court's earliest convenience to discuss these matters.

                                               Respectfully submitted,

                                               Jeffrey Lichtman

cc:    All counsel (by ECF & email)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                                                   Docket No. 21 CR 443 (AKH) (SDNY)

**AFFIDAVIT**

LUKA KLASINC, *et al.*,

        Defendant.

---------------------------------------------------------------X

    **ROBERT KNOX**, being duly sworn, deposes and says:

1. My name is Robert Knox. I am 63 years old and reside in Illinois.

2. In 1988, I met Mr. Klasinc, who was 15 years old. At that time, I was friendly with Mr. Klasinc's Aunt Angeline and Uncle Adolf who lived in the same town as me. They were the ones responsible for bringing Luka to me so I could coach him in figure skating. Luka trained with me for years, culminating with his appearance at the 1992 winter Olympic games.

3. Following those Olympics, Luka and I remained in touch, and he has visited me in the United States with his family.

4. Recently, I came to understand that Luka was being charged with federal crimes in the Southern District of New York, and was being detained while he awaited trial.

5. I have also come to understand, in speaking with both Luka directly and his attorneys, that he may be released on a bond of $1 million from pretrial detention if he satisfied certain conditions. One condition is that Luka remain in the Southern District of New York under twenty-four hour home confinement at a self-funded apartment, and that he attend all of his court dates. Another condition is that he does not have any contact with any known victims or witnesses,

that he does not use the internet, that he have no involvement with "BOB77, LLC" business or contact with any of its employees, that he surrender all passports and travel documents with no renewals, and that he does not use a cell phone.

6. I am fully confident that Luka will not violate any of these conditions, and as such, I am volunteering to put up as security the property that I purchased for my daughter, Grace, in 2021 for $576,000, and which has been since renovated with approximately $60,000 upgrades. I am also voluntarily putting up $415,000 in cash, which will be coming out of my own current residence as a home equity loan.

7. I am completely aware that should Luka violate *any* of the above-described conditions, my assets will be automatically relinquished to the United States government.

_____
ROBERT KNOX

Sworn to before me this
17 day of October, 2021
_____

OFFICIAL SEAL
THOMAS SCHAEFER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07.30.21

2