

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2021

**By ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    <u>United States v. Luka Klasinc,</u>
               21 Cr. 443 (AKH)

Dear Judge Hellerstein:

On November 10, 2021, the parties in the above-captioned case appeared before this Court for a bail hearing. Upon the application of the defense and over the objection of the Government, the Court has ordered the defendant's release upon satisfaction of the following conditions:

- $1,000,000 person recognizance bond, secured by:
  - $585,000 in equity from the property owned by Robert Knox located at ██████ ████████████████████████████ ;
  - $415,000 cash;
- Home incarceration at ███████████████████████████ , to be enforced by location monitoring (technology to be determined by pretrial services);
- Location monitoring to be installed prior to release from custody;

The following conditions shall apply to the defendant's release:

- Defendant is to be transported by counsel to ████████████████ ██████████ immediately upon release from federal custody;
- Counsel shall notify Pretrial Services Officer Laura Gialanella upon arrival at ██████ ;
- Strict pretrial supervision;
- The defendant shall have no visitors without prior approval from pretrial services and the Government;
- The defendant may not possess internet capable devices;
- The defendant may not access the internet;
- The defendant's computer access shall be limited to discovery review in the presence of counsel;

November 10, 2021
Page 2

- Except in the presence of counsel, the defendant may not have contact with any known victims or witnesses including ███████████████;
- No involvement with "BOB77, LLC" business or contact with employees of said business;
- Surrender all travel documents and make no new applications;
- Defendant may not possess identity documents belonging to other individuals;
- Defendant may not open any new bank accounts or lines of credit without prior approval from pretrial services;
- Defendant may not possess firearms, destructive devices, or other weapons;

     Wherefore, the Government, respectfully requests that the Court so order the modification described above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:_____/s/_____
    Ashley C. Nicolas
    Assistant United States Attorney
    (212) 637- 2467

SO ORDERED:
Date:

cc: Jeffrey Lichtman, Esq.
   Jason Goldman, Esq.
   Pretrial Services Officer Laura Gialanella