UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :    **SCHEDULING ORDER**
                                   :
                                   :    21 Cr. 443 (AKH)
    -against-                      :
                                   :
LUKA KLASINC                       :
                                   :
                                   :
                                   :
                    Defendant.     :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The conference scheduled for December 16, 2021 is hereby adjourned to December 20, 2021 at 12 p.m. The conference shall take place in Courtroom 14D. Time is excluded in the interests of justice, from December 16, 2021 to December 20, 2021 at 12 p.m.

  No later than December 17, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

  SO ORDERED.

Dated: December 8, 2021     ___/s/ Alvin K. Hellerstein___
    New York, New York     ALVIN K. HELLERSTEIN
                United States District Judge