UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
UNITED STATES OF AMERICA      :     **SCHEDULING ORDER**
:
:     21 Cr. 443 (AKH)
:
-against-                     :
:
LUKA KLASINC                  :
:
:
:
Defendant.       :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On February 4, 2022 Defendant filed a motion to suppress (ECF No. 39). The parties are hereby ordered to appear for oral argument of the motion on March 10, 2022. Argument will be held in Courtroom 14D, 500 Pearl Street, New York, NY.

       Finally, no later than March 8, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   March 3, 2022              /s/ Alvin K. Hellerstein
          New York, New York      ALVIN K. HELLERSTEIN
                                        United States District Judge