UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **SCHEDULING ORDER** |
| -against- | 21 Cr. 443 (AKH) |
| LUKA KLASINC | |
| Defendant. | |

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument scheduled for March 10, 2022 will take place at 2:30 p.m. in Courtroom 14D, 500 Pearl Street, New York, NY.

       SO ORDERED.

Dated:    March 4, 2022            __/s/ Alvin K. Hellerstein____
           New York, New York     ALVIN K. HELLERSTEIN
                                                     United States District Judge