LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

April 27, 2022

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: Conference is adjourned and time is excluded until May 17, 2022 at 11:00 am. /s/ A.K. Hellerstein 4/28/2022]*

Re: <u>United States v. Luka Klasinc</u>, 21-CR-443 (SDNY) (AKH)

Dear Judge Hellerstein:

I am writing on behalf of defendant Luka Klasinc to respectfully request an adjournment of the status conference scheduled for May 4, 2022 to either May 16, 2022 or May 17, 2022. Mr. Klasinc and the government are actively engaged in plea negotiations and anticipate a potential disposition to be reached by the next date. Additionally, neither party has any issues to raise at the May 4 conference. The government, by AUSA Ashley Nicolas, consents to this request, and of course, the defendant consents to the exclusion of time under the Speedy Trial Act until the next conference date.

Thank you for the Court's consideration of this application. I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ECF)

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN U.S.D.J.