> The status conference is adjourned, and in the interests of justice time is excluded until, June 21, 2022 at 12:00 p.m. So ordered.
> /s/ Alvin K. Hellerstein
> May 17, 2022

LAW OFFICES OF

**JEFFREY LICHTMAN**

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

May 13, 2022

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Luka Klasinc</u>, 21-CR-443 (SDNY) (AKH)

Dear Judge Hellerstein:

I am writing on behalf of defendant Luka Klasinc to respectfully request an adjournment of the status conference scheduled for May 17, 2022 for a period of 30 days, to June 17, 2022. Mr. Klasinc and the government are still actively engaged in plea negotiations and neither party has any issues to raise at the May 17 conference. The government, by AUSA Ashley Nicolas, consents to this request, and of course, the defendant consents to the exclusion of time under the Speedy Trial Act until the next conference date.

Thank you for the Court's consideration of this application. I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:   All counsel (by ECF)

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN U.S.D.J.