UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

LUKA KLASINC

Defendant.

---

**SCHEDULING ORDER**

21 Cr. 443 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference scheduled for June 21, 2022 is hereby adjourned to, and time is excluded in the interests of justice until, June 28, 2022 at 12:00 p.m.

SO ORDERED.

Dated:   June 17, 2022                     __/s/ Alvin K. Hellerstein____
         New York, New York                ALVIN K. HELLERSTEIN
                                           United States District Judge