UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| - v. - | 21 Cr. 443 (AKH) |
| LUKA KLASINC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER ACCEPTING THE PLEA ALLOCUTION
## BEFORE A UNITED STATES MAGISTRATE JUDGE

Hellerstein, J.:

    On January 24, 2023, United States Magistrate Judge Sarah L. Cave, presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges the defendant guilty of the offense to which the gui1ty plea was offered. The Clerk is directed to enter the plea.

Dated: New York, New York
     February 14  , 2023

                                                       /s/ Alvin K. Hellerstein
                                               HONORABLE ALVIN K. HELLERSTEIN
                                               UNITED STATES DISTRICT JUDGE
                                               SOUTHERN DISTRICT OF NEW YORK