# SAPONE & PETRILLO, LLP

<u>MANHATTAN</u>
40 Fulton Street, 17th Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: bill@saponepetrillo.com

February 2, 2024

<u>**BY ECF**</u>
The Honorable Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
February 2, 2024

Re:   United States v. Klasinc
      <u>Docket No. 21 Cr. 0443 (AKH)</u>

Dear Judge Hellerstein:

      As CJA counsel to Defendant Luka Klasinc, I write to respectfully request that the Court order the release of Mr. Klasinc's passport.

      On November 14, 2023, Your Honor sentenced Mr. Klasinc to 30 months of imprisonment followed by three years of supervision. I have conferred with U.S. Pretrial Services ("USPTS"), by Francesca Tessier-Miller, who has confirmed that USPTS is in possession of Mr. Klasinc's expired Slovenian passport and that a court order is needed to release it to him.

      We, therefore, respectfully ask Your Honor to order the release of Mr. Klasinc's passport. The government, by AUSA Ashley Nicolas, does not object to this request. This is my first request for the return of the passport. I appreciate Your Honor's consideration.

Respectfully submitted,

/s/ Edward V. Sapone
Edward V. Sapone (ES-2553)

cc:  AUSA Ashley Nicolas (By ECF)